

**THE LAW OFFICE OF KEVIN GALBRAITH LLC**

236 West 30th Street, 5th Floor   212.203.1249 (p)   kevin@kevingalbraithlaw.com
New York, New York 10001   646.390.5935 (f)   kevingalbraithlaw.com

February 26, 2020

**Via ECF**
Hon. Colleen McMahon
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
2/27/2020

*Motion withdrawn without prejudice. Conference cancelled.*

[signature] Colleen McMahon
2/27/2020

Re:  **John S. Agostino v. Wells Fargo Clearing Services, LLC**
     **1:20-cv-00357-CM**

Dear Judge McMahon,

**MEMO ENDORSED**

As you are aware, this office represents Petitioner in the above-mentioned matter. The Initial Pretrial Conference is currently scheduled for April 10, 2020, at 10:45 AM in Courtroom 24A, U.S. Courthouse, 500 Pearl Street, New York, NY 10007. The parties are currently engaged in settlement negotiations and therefore, respectfully make a joint request to have Petitioner's motion to vacate the arbitration award marked off the Court's calendar until the parties either settle, or reach impasse.

In line with the same, we also request an adjournment of the Initial Pretrial Conference.

We appreciate the Court's patience and consideration of this request.

Respectfully submitted,

THE GALBRAITH LAW FIRM

By: [signature]
Christopher D. Warren, Esq.
236 West 30th Street, 5th Floor
New York, NY 10001
Phone: 212.580.2303
Email: chris@galbraithlawfirm.com
*Attorneys for Petitioner*