UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



John S. Agostino,

                          Plaintiff,

-against-

Wells Fargo Clearing Services, LLC,

                        Defendants.

No. 20 Civ. 357 (CM)

**ORDER**

McMahon, J.:

This court requested a status letter report of the above-captioned case on February 10, 2022. No letter having been sent in response to the court's order at docket #16, this case is hereby DISMISSED for failure to prosecute.

Dated: January 23, 2023

                                                                        U.S.D.J

BY ECF TO ALL COUNSEL